COLUMBUS BAR ASSOCIATION *v.* LARSON.

[Cite as Columbus Bar Assn. *v.* Larson (1991), 60 Ohio St. 3d 133.]

(No. 90-2532—Submitted February 13, 1991—Decided May 8, 1991.)

*Timothy J. Ucker, E. Joel Wesp* and *Bruce A. Campbell,* for relator.

*David H. Bodiker,* for respondent.

*Per Curiam.* We agree with the board's findings and recommendation. We hereby publicly reprimand respondent, Steven A. Larson. Costs are taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.